No. 04–1444. BREWER v. SCHALANSKY, SECRETARY, KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES. Sup. Ct. Kan. Certiorari denied. 

No. 04–1446. CARUSO ET VIR v. MORRIS. Ct. App. La., 4th Cir. Certiorari denied.

No. 04–1448. ROGERS ET AL. v. CITY OF SAN ANTONIO, TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 04–1454. BASSIOUNI v. CENTRAL INTELLIGENCE AGENCY. C. A. 7th Cir. Certiorari denied. 

No. 04–1458. CHICAGO BRAND INDUSTRIAL, INC. v. MITUTOYO CORP. ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 04–1460. HAYES v. GENESIS HEALTH VENTURES, INC., ET AL. C. A. 3d Cir. Certiorari denied. 

No. 04–1463. HOWARD v. DEPARTMENT OF THE ARMY ET AL. C. A. 4th Cir. Certiorari denied. 

No. 04–1472. STANTON v. DISTRICT OF COLUMBIA COURT OF APPEALS. C. A. D. C. Cir. Certiorari denied.

No. 04–1483. MALIS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. 

No. 04–1500. HOFF v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 04–1533. TRENKLER v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 04–1560. HONEYWELL INTERNATIONAL INC. v. INTERFAITH COMMUNITY ORGANIZATION ET AL. C. A. 3d Cir. Certiorari denied. 

No. 04–6903. FIELDS v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.